**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

-------------------------------------------------------------------X

THOMAS EMMERMAN,
                       Case No._____

                    Plaintiff,

       v.

                       **COMPLAINT**
VICTORIA NGUYEN and                     **AND DEMAND FOR**
ANTHONY PAINO,                        **JURY TRIAL**

                  Defendants.

-------------------------------------------------------------------X

       As and for his Complaint against Defendants Victoria Nguyen ("Nguyen") and Anthony Paino ("Paino"), Plaintiff Thomas Emmerman ("Emmerman" or "Plaintiff"), by and through his undersigned counsel, Nesenoff & Miltenberg, LLP, alleges as follows:

**NATURE OF THE ACTION**

       1.     This action arises from a jealous revenge plot that Nguyen, with the assistance of her long-term, live-in partner, Paino, executed against Emmerman in August 2022, in an effort to destroy his life and reputation.

       2.     Intent on causing maximum damage to Emmerman, Nguyen knowingly published numerous false and defamatory statements on her then public Twitter account which accused Emmerman, among other things, of rape, emotional abuse, sexual assault, sociopathy and psychopathy. Paino, whom Nguyen was dating, published Nguyen's Tweets to his Twitter account,

       3.     A number of Nguyen's tweets were directed at an online gaming community to which Emmerman, Nguyen and Paino belonged, the purpose of which was to sideline Emmerman's aspirations of becoming a professional gamer and alienate Emmerman from his colleagues and close friends.

1

4.     Nguyen and Paino further spread Nguyen's false and defamatory narrative against Emmerman by informing Emmerman's employer, gaming teams and colleagues that Emmerman is a rapist. The fallout was swift and, to the present day, Emmerman is having difficulty finding gaming coaches and teammates who are willing to associate with him.

5.     Nguyen and Paino intended that their targeted actions cause significant harm to Emmerman. Nguyen knew that Emmerman had been a part of their gaming community since he was in high school because she met Emmerman on the gaming platform in 2016, when he was 17 years old and she was 23. Despite the vast age difference, Nguyen pursued a romantic relationship with the high school senior. The two ended their relationship in late 2018 and reconnected as friends in 2020.

6.     Nguyen and Paino first began harassing Emmerman via text message after Nguyen learned that Emmerman was beginning to date another woman in the gaming community and Emmerman told Nguyen that he no longer had a romantic interest in Nguyen but wanted to continue their friendship.

7.     As expressed in text messages to Emmerman, the news that Emmerman was trying to enter into a new relationship concerned Nguyen, who still had an emotional attachment to him. She discussed the news with Paino at length, and had to quell Paino's jealous feelings about Emmerman.

8.     Nguyen's own writings to Emmerman contradict her false and defamatory accusations. During the time in which she and Emmerman were in a romantic relationship, up until the time that Emmerman told Nguyen he wanted to remain friends, Nguyen heaped gratitude and praise on Emmerman for the kind and caring way he always took care of her and made her feel safe. Nguyen frequently apologized for mistreating Emmerman and warned him that her jealousy

could be dangerous. She expressed these sentiments in letters and text messages which are in Emmerman's possession.

9.     During the time in which she and Emmerman were romantically involved, Nguyen frequently fabricated stories to garner attention and sympathy from Emmerman. Among other things, Nguyen fabricated a stranger rape narrative, life threatening medical problems and a pregnancy. Nguyen sprung these stories on Emmerman on occasions in which he was not as available as Nguyen desired (they were in a long-distance relationship), when **she** was unfaithful or when he attempted to end their romantic relationship.

10.    Prior to Nguyen unleashing her Twitter storm of intentional falsehoods and rage against Emmerman—and after receiving a series of verbally harassing texts from Nguyen and Paino—Emmerman blocked Nguyen and Paino from contacting him. Shortly thereafter, the smear campaign began.

11.    Emmerman, now 24 years old, was generally well regarded amongst his peers and known as a person who regularly showed empathy, care and kindness to the people in his life. Emmerman's reputation, and future, have been compromised by Defendants' intentional, and reckless, behavior in spreading defamatory falsehoods about Emmerman.

12.    As a result of Defendants' knowingly false and defamatory mischaracterization of Emmerman on social media and in the gaming community, Emmerman has lost job opportunities, his professional aspirations have been sidelined, and he has suffered, and continues to suffer, severe emotional distress including insomnia, loss of appetite and lack of concentration in his daily life. Emmerman further fears that Defendants' smear campaign against him is ceaseless and will continue to impact his future if they are not stopped.

## THE PARTIES

13.     Emmerman is a natural person, a citizen of New York and resides in New York, New York.

14.     Nguyen is a natural person, a citizen of Massachusetts and resides in Foxboro, Massachusetts.

15.     Paino is a natural person, a citizen of Massachusetts and resides in Foxboro, Massachusetts.

## JURISDICTION AND VENUE

16.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) as the parties are citizens of different states and the amount in controversy exceeds $75,000.

17.     The Court has personal jurisdiction over Defendants Nguyen and Paino because they are domiciled in Massachusetts. M.G.L.A. 223A § 2.

18.     Venue in this District is proper because Defendants are domiciled, and reside in, this District. 28 USC §1391(b)(1).

## FACTS RELEVANT TO ALL CLAIMS

19.     As fully detailed below, Emmerman and Nguyen were involved in a romantic relationship for over two years, which began when Emmerman was 17 years old and Nguyen was 23 years old.

20.     During the course of their relationship, Emmerman and Nguyen lived in different states and saw each other in person on approximately 13 occasions, a number of which did not involve physical intimacy.

21.     On the occasions that Emmerman and Nguyen were physically intimate, Nguyen consented to their sexual activity. On most occasions, Nguyen was **_the initiator_** of sexual activity

with Emmerman, including the first time they had sex, when Nguyen took advantage of Emmerman when he was in an intoxicated state and unable to give clear consent.

22.     Emmerman's and Nguyen's romantic relationship was predominantly a virtual relationship, consisting of phone calls, letter writing, text messages and online gaming.

23.     Emmerman and Nguyen were physically intimate on a sporadic basis until November 2018.

24.     The last time that Emmerman had physical contact with Nguyen was on December 22, 2018, when the two briefly hugged after Nguyen stopped by Emmerman's residence for a short visit during his birthday party.

25.     During the time that Emmerman and Nguyen were dating, Nguyen apparently fabricated allegations that she was sexually assaulted by a stranger in the woods.

26.     Nguyen also accused a number of men *other than* Emmerman of treating her badly and coercing Nguyen into sexual activity, including a man, "A.W.", whom Nguyen was physically intimate with while she was dating Emmerman.

27.     Nguyen fabricated a variety of health issues and medical procedures to garner Emmerman's sympathy, claiming her life was in jeopardy on more than one occasion.

28.     Upon information and belief, after one occasion on which Emmerman and Nguyen had drifted apart and Emmerman attempted to end their romantic relationship, Nguyen fabricated a pregnancy and abortion in order to resume the relationship or get even with Emmerman for his perceived rejection of Nguyen. Assuming that Nguyen was pregnant, the timing of her pregnancy made it highly improbable that Emmerman was the father of the child.

29.     On several occasions, Emmerman assisted Nguyen with physical and mental health issues and ensured her safety when she attempted to harm herself.

30.     Throughout the course of their relationship—and even after they broke up—Nguyen praised Emmerman for his love and support, and for making her feel protected and safe.

31.     Upon information and belief, Nguyen began seeing Paino in 2018, during a time in which she and Emmerman were sorting out their relationship but still engaging in occasional physical intimacy. At the time, Emmerman was only aware that Nguyen was getting to know Paino as an online gaming player.

32.     Emmerman and Nguyen broke up in December 2018 and did not speak until 2020.

33.     Between 2020 and 2022, Emmerman and Nguyen had a virtual friendship and communicated through text messages. During that time Nguyen was involved in a romantic relationship with Paino, with whom she currently resides.

34.     In July 2022, Emmerman developed a romantic interest in a woman he was getting to know in the gaming community. The two started a relationship in August 2022.

35.     In early August 2022, in response to a text message from Nguyen, Emmerman told Nguyen that he would not be happy in a romantic relationship with her but that he wanted her to remain in his life as a close friend.

36.     During their text exchange, Nguyen referenced Emmerman developing feelings for a new love interest and told him that she had discussed the situation with Paino.

37.     Nguyen's texts also indicated that on a number of occasions, she and Paino had discussed Nguyen's fears about losing contact with Emmerman.

38.     The texts also suggested that Nguyen had to downplay her relationship with Emmerman so as not to cause problems in her relationship with Paino.

39.     Shortly after this text exchange, Paino and Nguyen began harassing Plaintiff via text message, telling him, among other things, that he would never "be happy or truly loved" and calling him a "sociopath."

40.     Emmerman blocked Nguyen and Paino on his cell phone in response to these disturbing messages.

41.     In August 2022, Nguyen, with the assistance of Paino, began a false and defamatory smear campaign against Emmerman on Twitter, in statements to Emmerman's friends, to the administrators and coaches in charge of the gaming community to which they belonged and to one of Emmerman's employers.

**I.     23-Year-Old Nguyen Pursues A Romantic Relationship With 17-Year-Old Emmerman: 2016**

42.     In or around August 2016, Emmerman and Nguyen met online through the videogame known as League of Legends.

43.     At the time, Emmerman was 17 years old, living in New York City and a senior in high school. He had never been in a serious, intimate relationship.

44.     Nguyen was 23 years old and living in Massachusetts.

45.     In late September 2016, after communicating online for a time, Emmerman and Nguyen met in person.

46.     As they were getting acquainted, Nguyen told Emmerman that she had recently gotten out of a long-term relationship that had ended badly.

47.     In December 2016, Nguyen wrote a holiday letter to Emmerman in which she expressed the following:

> *For all the time you to stayed up to keep me company…protected me, cared for me, laughed with me, cried with me, and just been unconditionally there for me; thank you so much.*

*I've honestly never felt like I could trust and care about and want to be with someone so much.*

## II.   Nguyen and Emmerman's Relationship: 2017-2018

48.    Nguyen and Emmerman began dating in February 2017.

49.    Emmerman and Nguyen were physically intimate for the first time in April 2017, after Nguyen, at the time 24 years old, plied Emmerman, 18, with alcohol (though he was not of legal drinking age) to the point that Emmerman was intoxicated.

50.    After Emmerman became sick and vomited for several hours, Nguyen initiated sex with him. At the time, Emmerman was a virgin. Afterwards, Emmerman felt emotionally confused and violated but continued the relationship with Nguyen.

51.    Emmerman started his freshmen year in college in August 2017.

52.    As part of his college orientation, Emmerman participated in a freshmen community-building camping trip which prohibited the use of cell phones. For approximately four days, Emmerman had no contact with Nguyen.

53.    Immediately after Emmerman returned from the camping trip, in early September 2017, Nguyen called him in a panic and told him she had been raped by a stranger in the woods after her car ran out of gas in a deserted area.

54.    Nguyen claimed to be unable to give police a coherent account of what happened and, instead, dictated her account to Emmerman over the phone so she could give the written account to police.

55.    Nguyen further claimed that police arrested the rapist at the crime scene, engaged in the act of raping Nguyen, but later let him go because the police were biased against her.

56.    There is no report of local police responding to the scene at which the alleged rape occurred on the date and time in question, as described by Nguyen to Emmerman.

57.     Approximately 2-3 weeks after the alleged stranger rape, Nguyen visited Emmerman. She attempted to initiate physical intimacy with Emmerman, which he declined due to feeling conflicted about the relationship. Despite his feelings, Emmerman continued his romantic relationship with Nguyen.

58.     In a letter dated September 24, 2017, Nguyen wrote to Emmerman:

*I'm grateful to have someone like you who supported me so patiently, tenderly and earnestly that I need to say thank you…. You've always been a light to me through thick and thin, and I am lucky to be able to have someone who always tried to come running when I was in trouble.*

*I love you with every fiber of my being.*

59.     On or about October 22, 2017, Nguyen told Emmerman that she had health problems and had to be placed in a medically induced coma and there was only a 20% chance that she would come out of it alive. Nguyen prohibited Emmerman from visiting her after the procedure and cut off phone contact with him. Nguyen called Emmerman a week later and—to Emmerman's surprise—Nguyen informed him the procedure had been delayed.

60.     Over Thanksgiving 2017, Nguyen appeared to be spirited and showing no signs of illness when she visited Emmerman and his best friend, "W.S.," in New York. Shortly after that visit, W.S. expressed concerns, separately to both Emmerman and his parents, that Nguyen was manipulating Emmerman by fabricating stories to garner his attention and sympathy.

61.     In a letter dated December 25, 2017, Nguyen wrote to Emmerman:

*I hope you'll believe me when I say that you are truly one of the most kind, gentle, intelligent, fun loving and considerate people that I have ever met.*

*Before we met, I never felt such a warm, visceral **sense of safety** or belonging.*

(emphasis added).

62.     In or around the end of December 2017, Emmerman and Nguyen broke up but began talking again in February 2018.

63.     In late February or early March 2018, Nguyen spontaneously visited Emmerman at college. They had consensual sex which Nguyen initiated. Unbeknownst to Emmerman at the time, Nguyen was also seeing and being physically intimate with another man, A.W., whom she had met in December 2017.

64.     In mid-March 2018, Nguyen attended a college gala with Emmerman. Emmerman introduced Nguyen to everyone as his girlfriend, including his friends who already knew her, making it clear he believed that he and Nguyen were in an exclusive dating relationship.

65.     In April 2018, Emmerman (then age 19) and his college friend traveled to Boston to attend Nguyen's 25th birthday party. At the end of the night Emmerman was perplexed to find A.W. in Nguyen's bedroom, where Emmerman intended to sleep.

66.     A.W. told Emmerman that he was in an intimate relationship with Nguyen.

67.     A discussion thereafter ensued between Emmerman, Nguyen and A.W. Nguyen did not apologize and exhibited a nonchalant attitude.

68.     Nguyen had previously told Emmerman that she and A.W. were just friends and that a new ring she had been wearing—that she received from A.W.—was only a friendship ring when it actually had more meaning.

69.     After the discovery about A.W., Nguyen convinced Emmerman to continue their relationship because she and A.W. were through and he was leaving Boston.

70.     Emmerman agreed to continue the relationship with Nguyen.

71.     A.W. stayed in Boston for several more weeks. During that time, Nguyen and A.W. continued to be physically intimate.

72.     In late April 2018, Emmerman visited Nguyen on the same day that A.W. left Boston.

73.     Shortly after Emmerman's arrival, Nguyen became extremely upset because A.W. said he did not want to see her again.

74.     Nguyen was hysterically crying, threatened suicide and attempted to harm herself. When Emmerman tried to prevent Nguyen from harming herself, she physically attacked him.

75.     Once she calmed down, Nguyen accused A.W. of regularly emotionally and sexually abusing Nguyen and coercing Nguyen into having unprotected sex with him.

76.     After this incident, Emmerman was concerned about Nguyen's wellbeing and agreed to continue their relationship.

77.     On May 26, 2018, Emmerman returned to New York City from college.

78.     In a letter dated May 28, 2018, Nguyen wrote to Emmerman:

*I'm becoming a much better person.... At the end of the day **I did so many bad things because I was greedy and selfish. I did no justice to you and the sincerity of the feelings you showed me** and the doors opened up for me during that time.*

*I am no longer fooling myself, others or you. You are enough, you have always been enough. We were always content… I am always happy when I can be with you.*

*I love you. I am in love with you. I care about you.*

*Thank you for loving me always. Thank you for being there…**Thank you for putting up with me, for giving me safety and showing me happiness**.*

(emphasis added).

79.     On June 1-3, 2018, Emmerman visited Nguyen in Massachusetts. During that time the two were physically intimate. They did not see each other in person again until October 2018.

80.     Emmerman and Nguyen exchanged a few text messages in June and July 2018.

81.     On or about August 6, 2018, Emmerman and Nguyen spoke on the phone. Emmerman told Nguyen that he wanted to put their romantic relationship on hold. Nguyen was distraught.

82.     On or about August 7, 2018, Nguyen called Emmerman and suddenly announced that she was almost ten weeks pregnant and planning to have an abortion in Boston in the next few days.

83.     Emmerman, who was residing in a different state (as he had done for the entirety of their relationship), offered  to Nguyen to pay all expenses for the procedure and repeatedly offered to be present with Nguyen for the abortion.

84.     Nguyen refused to provide further information about the procedure and told Emmerman she did not want to see him.

85.     She also told Emmerman that a family member—who disapproved of Nguyen's relationship with Emmerman due to their age difference—was accompanying Nguyen to the clinic.

86.     Relaying this information to Emmerman ensured that he would not attempt to travel to Massachusetts to be with Nguyen.

87.     Upon information and belief, Nguyen fabricated the pregnancy and abortion in an effort to manipulate Emmerman back into a relationship or, at the very least, to get back at him for rejecting her.

88.     Assuming that Nguyen's representation that she was almost ten weeks pregnant was true, Emmerman could not have been the father.

89.     Emmerman and Nguyen had limited contact throughout the remainder of Summer 2018, and did not see each other again until October 2018, when Nguyen visited Emmerman's

college under the guise of seeing a mutual, female friend of theirs. Nguyen ended up spending more time with Emmerman than the friend.

90.    At that time, Emmerman expressed hesitation to Nguyen about continuing a romantic relationship as opposed to being friends.

91.    Nguyen told Emmerman that the two could spend time together without expectations.

92.    Upon information and belief, Nguyen had already started seeing Paino.

93.    Like Nguyen and Emmerman, Paino played League of Legends and was connected in the community. Nguyen managed a League of Legends team on which Paino played, which is how the two met.

94.    Upon information and belief, upon entering into a relationship with Nguyen, Paino quickly became jealous of Emmerman because of Nguyen's deep, emotional attachment to Emmerman.

95.    In October and November 2018, Nguyen and Emmerman engaged in consensual, sexual activity on approximately two occasions.

96.    On December 22, 2018, Emmerman celebrated his birthday with close friends who knew Nguyen and felt that she was manipulative and unhealthy for Emmerman to be around. Emmerman's friends told him to disinvite Nguyen from the birthday celebration.

97.    Emmerman did not feel comfortable disinviting Nguyen so he compromised and said she could stop by his home after Emmerman and his friends returned from dinner.

98.    Nguyen stopped by Emmerman's home for about 15 minutes. Nguyen talked briefly with everyone in attendance and gave each person a small card or gift.

99.     Nguyen gave Emmerman expensive gifts, a Christmas/Birthday letter and a series of eleven (11) letters she advised he open in various situations.

100.     The Christmas/Birthday letter stated as follows:

*I cherish you so much and I hope you know now how much everyone else cherishes you too.*

*I am so proud of you for everything that you are, everything that you've become.*

*Take the time ... today and recognize all of the wonderful things you are as a person and an all around amazing, kind, funny, intelligent human being who I very much look up to.*

*There are so many other things I would love for Christmas but out of these hundreds of thousands of wishes, I think my wish would be that **I would love to spend more time with you.***

***I am so incredibly grateful to love every single last thing about you, be taught by you and grow beside you.***

*I thank the world for the day you were born.*

*Please never ever change, and always be true to your heart. That is and will always be the TJ that we all love and know – **a human of remarkable heart** and notable mind.* (emphasis added).

101.     The series of "Open When" letters concerned the following topics: 1) "Open When…I'm Jealous (sorry.)"; 2) "Open When…You're Doubting Us"; 3) "Open When…You're Jealous"; 4) "Open When…You Need To Feel Loved"; 5) "Open When…You Really Wish You Could See Me"; 6) "Open When…You're Thinking Of The (Our) Future"; 7) "Open When…You Miss Me"; 8) "Open When…You Need To Feel Appreciated"; 9) "Open When…You're Feeling Discouraged"; 10) "Open When…You Can't Sleep"; and 11) "Open When…You Need To Laugh."

102.     The "Open When" letters contain the following statements:

- *I know it's a little selfish, and it's hard for me not to be sad when I think about the idea of you with someone else, or you being apart from me. To be honest, I've never*

*felt as deeply about someone as I do for you.* **I've never loved someone so much, and that in itself is both shocking and dangerous***...* "Open When…I'm Jealous (sorry.)" (emphasis added)

- *I've spent the better part of my life trying to find myself and trying to find a home. It wasn't until I met you that I finally felt like I could stop wandering, if only for a little while. I get jealous because I'm terrified that some day, you and I might have to go on separate paths and I will have to watch you walk away from me. I get jealous because I'm so scared of losing you, Teej... And I hope that never has to happen. I'm really sorry for being jealous... All I ask, if it's not too much- could you please try to remember:* **come home sometimes?** *I hope you'll forgive me, Teej. I love you, I was wrong and I'm just being stupid.* "Open When…I'm Jealous (sorry.)" (emphasis in original)

- *Do not let this doubt eat you. Call me, and I will come home, and we will fix this - together. Call me. Choose me. Pick me. Want me. Pick us. Choose us, everyday, as I do.* "Open When…You're Doubting Us."

   *I know I'm not the easiest to deal with... I know I can be a handful... I can be an anxious mess...We've made mistakes - I've certainly made a lot.* **Sometimes, I've done stupid things for attention**. "Open When…You're Doubting Us" (emphasis added).

- *You are my* **safe house** *when I am scared, and when I feel alone, or when things feel like the darkness in this world is closing in around me. For this reason and so many other reasons, you are my home... l hope that you know by now ... that over time, you have become the person that I hope will be my forever person.* "Open When…You Need To Feel Loved" (emphasis added).

- *I hope you are my forever person because you are the best medicine when I am sick and sad, and I know you'll be the best one to gently wipe away my tears the way you always do... I don't know anyone else who can make me laugh so hard even when I'm going through some of the most difficult times possible.* "Open When…You Need To Feel Loved."

- *I want you to realize how hard for me it truly is being away from you...* **There is no place I know that is safer than in your arms** *and I miss it all the time and every single day I'm away from you.* "Open When…You Really Wish You Could See Me" (emphasis added).

- *[P]lease know and understand that I am loyal to you... remember that I love you, more than anybody and anything else in this world... You are the only love for me, and nobody else can even begin to compare. I want you, and nobody*

*else... I will always be faithful to you...* "Open When…You Really Wish You Could See Me."

- *I miss the way you never hesitate to stay by my side and hold my hand or kiss my forehead, even when I'm feeling incredibly sick or might be contagious. And, I miss how when I protest because I'm worried I'll stress you or make you ill, how you say "I don't care, I want to take care of you and I'm worried," when I apologize for all of it.* "Open When… You Miss Me."

- *I have thousands and millions of things to thank you for, but I will only list a few. Thank you for reminding me to do things - big or small, even when I complain...because I'm being lazy or I'm feeling tired... **Thank you for always taking care of me**. Thank you for always encouraging me to grow and **supporting my crazy, extroverted personality and extra personality sometimes. Thank you for understanding me and what I need**.* "Open When…You Need To Feel Appreciated" (emphasis added).

103.     The "Open When" letters were a massive, multi-part "love bomb" intended to re-establish or exercise control over Emmerman going forward, evidencing Nguyen's obsessiveness and attempt to maintain a position in his life as the only person who understood him or would be there for him.

104.     The letters were effectively Nguyen's diary of her relationship with Emmerman, in which she expressed extremely positive views about how Emmerman treated her and cared for her in their relationship, though warned him that her intense love for him could be "dangerous."

105.     December 22, 2018 is the last time that Nguyen and Emmerman had physical contact—he gave her a brief hug when she departed from the birthday celebration.

### III.     <u>Nguyen's and Emmerman's Friendship: 2020-2022</u>

106.     Nguyen and Emmerman did not speak with each other in 2019 or for part of 2020.

107.     In Fall 2020, Emmerman and Nguyen reconnected and discussed why their romantic relationship did not work out.

108.     After getting back in touch, Emmerman and Nguyen texted each other often and spent time together in group chats with cameras on, speaking with friends, including Paino.

109.    Nguyen and Emmerman also continued to play League of Legends together online.

110.    Nguyen continued to date Paino but often sent Emmerman text messages which were flirtatious and expressed some unresolved feelings.

111.    As expressed to Emmerman in Nguyen's text messages, Paino was frequently jealous of Nguyen's emotional connection to Emmerman and felt as though Nguyen was only happy when she was in contact with Emmerman. Nguyen also joked about Paino's jealousy.

112.    In late July 2022, after Nguyen learned that Emmerman was romantically interested in another woman in their gaming community,  Nguyen encouraged Emmerman to speak with the woman about their close friendship. Nguyen expressed concerns about losing Emmerman once he entered into a new relationship.

113.    Nguyen also told Emmerman that she felt threatened by his new relationship:

*I'm just terrified of things happening again where we're super close, and then boom you're just gone. And the void is so big, like it feels so sad and empty when you're not an active part of my life – and it has always happened when you got involved with someone.*
                                                    ....
*I talked about it with Anthony [Paino] and he keeps saying it's gonna repeat again, and I'm just scared but I don't wanna lose you anymore.*

114.    Nguyen began recounting the reasons why she loved Emmerman and how good he had been to her in their relationship. As stated in one text message on July 28, 2022:

*[F]or me you are someone who was there for me when I had absolutely no one and nothing. You inspired me to get back up and live and find myself when I was losing the will to do so. I am so sorry in the past for making you feel like you had to bear the weight of everything I was going through...but I really am thankful for you, existing, in and out of my life.*

115.    Nguyen also told Emmerman that, over the course of their friendship she had to manage Paino's jealousy and anger:

*Like sometimes you would make such an earnest effort to hangout with me but because I didn't want anthony to hate you more or be mad wt me because I didn't*

*have the capacity to handle an argument, id just go busy myself with something useless and not be available even though I DID want to talk or hangout or play games or whatever… I'm sorry.*

116.    In another text Nguyen told Emmerman:

*Anthony brought up to me like something he really did not like and got upset about when I did spend time with you was that I guess he felt like I wasn't affectionate or super happy unless I came right off talking to you or hanging out with you, so in a way maybe he thought my feelings came with strings at one point.*

117.    In yet another text, Nguyen told Emmerman:

*I didn't navigate keeping you in my life and communicating it with Anthony well until very recently…. It took a lot of reassurance (about he and I) and reframing how I expressed you were important to me (saying how it is, but not confrontationally, or getting angry if he had an opinion of you or of our relationship that I disagreed with). Things I ended up having to cut off after realizing it really hurt him was some of the affection I expressed, like sometimes I guess the gifs of certain hugs or the hearts would make him upset.*

The text continued:

*I felt so bad and started panicking that I was causing you stress, crossing boundaries, and like, making you feel like you were in a corner or like making you feel uncomfortable too."*

118.    On August 1, 2022, Nguyen was still trying to assuage Paino's feelings of jealousy about Emmerman. She texted that she told Paino that Emmerman "could never love [her]. It was always a one sided thing." She also said "I was just never the right person, time, and place [o]r that's what I tell myself." Nguyen added:

*I don't think you could ever say you ever really loved someone if you couldn't also accept that they were just happier without you [a]nd all the things that come with it [f]or me, I mean.*

119.    Emmerman responded to Nguyen:

*[I] think [I] wouldn't be happy with you romantically, but to say I would be happier without you is not true. I want you to be in my life. I want to be able to talk like this.*

18

120.    Shortly after this text exchange, Paino and Nguyen sent Emmerman a series of verbally harassing text messages.

121.    Paino texted Emmerman, copying Nguyen:

*I don't need to wish anything onto you, or to happen to you. You live every day suffering, leeching off other peoples' life forces to survive. You will never be happy or truly be loved…. Your life will be miserable.*

*….*

*Truth is, you dont [sic] care about this new girl and need a new host to leech off of for awhile…. The games you play, the fluffed up language you use is very common among sociopaths.*

122.    In the text message, Paino also referenced Nguyen's abortion which Emmerman believes was fabricated.

123.    The text message also made a number of statements about Emmerman's new relationship.

124.    After receiving this last, harassing message, Emmerman blocked Paino and Nguyen on his cell phone.

## IV.    Defendants' Intentional, False and Defamatory Smear Campaign Against Emmerman

125.    In keeping with her past pattern of becoming upset with men who reject her and accusing them of sexual assault and coercion, Nguyen—with Paino's assistance—launched a false and defamatory smear campaign against Emmerman on Twitter, among Emmerman's colleagues in the League of Legends community and by making false statements to one of Emmerman's employers.

126.    Paino, who had long been jealous of Emmerman, fully supported Nguyen's defamation campaign by posting Nguyen's false and defamatory posts on his Twitter account, and

making false and defamatory comments to Emmerman's colleagues in the League of Legends community.

**A.  The Twitter Smear Campaign To Destroy Emmerman's Reputation**

127.   On August 16, 2022, Nguyen tweeted:

*If you are mutuals/you associate with my abuser @/vacelol (Vace/Stride)[1], I will be blocking and removing you from my life. He is a nobody, but he is my abuser, my rapist, and he left me to deal with abortion alone.*

128.   The statements in Nguyen's above tweet, that Emmerman is an "abuser," "rapist" and left Nguyen to deal with an abortion alone are false. Nguyen knew these statements were false when she published them.

129.   On August 17, 2022, in the same thread, Nguyen tweeted:

*I refuse to associate with anyone who validates or is kind to TJ, who is an undeserving liar and sociopath.*

130.   The statements in Nguyen's tweet, above, that Emmerman is a liar and sociopath are false. Nguyen knew these statements were false when she published them.

131.   On August 18, 2022, in the same thread, Nguyen tweeted:

*Your response to me speaking about being pressured and guilted into unprotected sex and the way you FORCIBLY fingered me before and after MULTIPLE times telling your friend Will we were "just platonic friends" is telling people that "this was normal behavior between us?"*

132.   The statements in Nguyen's tweet above, that Emmerman guilted Nguyen into unprotected sex, sexually assaulted Nguyen by "forcibly fingering" her, and told his friend that he and Nguyen were "platonic friends" are false. Nguyen knew these statements were false when she published them.

133.   On August 18, 2022, in the same thread, Nguyen tweeted:

---

[1] Vace/Stride is the screen name that Emmerman used on League of Legends. @vacelol is his Twitter account user name.

*I don't assault people. I'm not a rapist. I don't coerce people because sex 'doesn't feel good' without a condom. I don't butter people up before sex telling them I'm on their side and I don't ask repeatedly if they love me before making moves to make them feel bad. Fuck you.*

134.  The statements in Nguyen's tweet above, that Emmerman assaults, rapes and coerces people into having unwanted, unprotected sex are false. Nguyen knew they were false when she published them. As set forth above at Paragraphs 26 and 75, Nguyen told Emmerman that A.W.—with whom she cheated on Emmerman—"coerced" her into unwanted sex, suggesting a pattern of Nguyen accusing men who reject her of sexual misconduct.

135.  On August 18, 2022, in the same thread, Nguyen tweeted:

*I did NOT consent to you touching me. Pulling your hands away, trying to push them out of my pants and asking you what you're doing while you laugh and ask me, "what? What?" is not fucking consent. You fucking assaulted me. You will not brainwash me anymore. You were NEVER sorry.*

136.  The events described in the tweet, above, did not occur. The above tweet is false. Nguyen knew the statements in the above tweet were false when she published them.

137.  On or about August 16-18, 2022, Nguyen attempted to deflect from her repetitive manipulation and mistreatment of Emmerman and gain credibility for her intentional falsehoods by tweeting:

*Vace/TJ likes to pretend he was the victim who suffered a tragic relationship with a toxic ex, but doesn't talk about how he strung me along for almost 3 years, and never actually dated me, but demanded every benefit and boundary good for him.*

138.  As discussed above at Points I-III, there is a wealth of evidence that Nguyen took advantage of Emmerman physically and emotionally, emotionally manipulated him, physically (if not sexually) assaulted him, fabricated stories to keep him in the relationship and lied to him about her months-long, intimate relationship with A.W. at a time when Nguyen and Emmerman were exclusively dating. Nguyen and Emmerman were also romantically involved for less than two years.

139.   On or about August 23, 2022, Nguyen tweeted screen shots containing Emmerman's phone number which further stated:

> *Vace/Stride/TJ always got angry when I mentioned things that hurt me – he would berate me for "condemning" him and tell me that the reason why he left me to deal with an abortion alone was 'because he did everything he did with all the resources and knowledge he had at the time.'*

140.   The statements in the above tweet, that Emmerman always got angry with Nguyen and left her to deal with an abortion alone are false. As set forth *supra* at Points II-III, Nguyen repeatedly wrote letters and texts to Emmerman which thanked him for the ways in which he always took care of her, was her "home" and made her feel safe. In contrast, Nguyen warned that her jealousy could be dangerous.

141.   The screen shots posted with the above tweet—of partial texts from Emmerman—do not support Nguyen's false narrative.

142.   At the same time, Nguyen tweeted:

> *He told someone that him forcing his hands into my pants – when we strictly discussed no physical intimacy and to create a boundary of platonic friends only the NIGHT before – was 'normal behavior between us', and that 'I was eager to be intimate.'*

143.   The events described in the tweet, above, did not occur. The above tweet is false. Nguyen knew the statements in the above tweet were false when she published them.

144.   At the same time, Nguyen tweeted:

> *I have to come to terms that I did in fact waste six years on nothingness, meaninglessness.*

145.   Nguyen's reference to wasting "six years" is indicative of her dishonesty in posting about Emmerman, whom she had not dated since late 2018. Nguyen has been in a relationship with **Paino** since, upon information and belief, Fall 2018.

146.   At the same time, Nguyen tweeted:

*There was never any love there: it wasn't real. Someone who loves you does not sexually assault you. Does not rape you. Does not take back fake apologies once they've been exposed to the truth of their actions. I know he's reading this: I hope you find professional help.*

147.    Nguyen's allegations in the above tweet that Emmerman sexually assaulted and raped her are false. Nguyen knew that these statements were false when she published them.

148.    As set forth above, at Points II-III, throughout their relationship, and up until the time at which Nguyen found out that Emmerman was interested in a new romantic partner , Nguyen repeatedly thanked Emmerman for all the love, care and concern that he showed her and for making her feel "safe."

149.    On or about August 23, 2022, Nguyen tweeted a screen shot of Emmerman's Facebook account which displayed his first and last name:

*I would appreciate it if you deleted the photo of me off your fucking facebook; I think it's a basic tenet of respect to not keep a photo of the person you accuse of lying about the sexual assault, rape, abuse, abortion and manipulation you committed.*

150.    Nguyen's statement in the above tweet that Emmerman committed "sexual assault, rape, abuse, abortion and manipulation" are false. *See* Points II-III, *supra*. Nguyen knew the statement above was false when she published it.

151.    At the same time, Nguyen tweeted:

*I am tired of people pretending that his behavior is ignorable and that he's changed as a person. He's still going around to people + his new egirl gossiping as if he didn't guilt me into unprotected sex, demean me after using me, and traumatize me for the rest of my life.*

152.    The reference in this tweet to "egirl" refers to Emmerman's new significant other, about whom Emmerman and Nguyen had had a few conversations prior to Nguyen and Paino sending Emmerman harassing text messages.

153.    Nguyen's statements that Emmerman guilted her into unprotected sex, demeaned, used and traumatized Nguyen are false and in direct contradiction to the letters she wrote to Emmerman expressing her gratitude for the care he gave her throughout the course of their relationship and when they were friends, up until the time she learned that Emmerman was in a serious relationship. *See* Points II-III, *supra*.

154.    In contrast, Nguyen coerced, manipulated, violated, assaulted, lied, and was unfaithful to Emmerman and frequently fabricated stories to keep him in their relationship. *See* Points II-III, *supra*.

155.    Nguyen knew her statements about Emmerman were false when she published them.

156.    At the same time, Nguyen tweeted:

*I've been told that he's trying to pursue collegiate to pay for a degree in mental health. He doesn't deserve acceptance. I'm asking my own community to not support an abusive, rapist psychopath.*

157.    Nguyen's statements in the above tweet, that Emmerman is "an abusive, rapist psychopath," are false. *See* Points I-III, *supra*. Nguyen knew they were false when she published them.

158.    Nguyen's reference to "collegiate" in the above tweet concerns the League of Legends College Championship in which colleges and universities in North America compete for various awards, including but not limited to scholarships, cash prizes and trophies.

159.    At the same time, Nguyen tweeted:

*Fuck him, fuck his friends, and fuck anybody who gives him a chance. I will not be gaslit into protecting my abuser anymore.*

160.    Nguyen's statement in the above tweet, that Emmerman is her "abuser" is false. *See* Points I-III, *supra*. Nguyen knew this statement was false when she published it.

161.    Nguyen also tweeted:

*I am more than well aware of some of our mutuals and especially a lot of collegiate LoL[2] who have befriended him and been told his bullshit version of things that happened between us.*

162.    Nguyen also tweeted about Emmerman:

*He loves to conveniently leave out or twist how he left me to deal with an abortion alone. Somehow he always fail to mention how he marketed me to everyone in his life as just a friend, but when people left the room, he would force his hand down my pants.*

163.    The statements above concerning Nguyen's abortion and sexual assault are false.

*See* Paragraphs 81-88, *supra*. Nguyen knew these statements were false when she published them.

164.    On August 23, 2022 , Nguyen tweeted at Emmerman's significant other:

*Tell your fucking rapist ass, SORRY SACK OF SHIT boyfriend to fucking choke on his web of lies + keep my FUCKING name/image out of his dirty mouth and life while he cries wolf about "just wanting all of this to go away" when my rape, abortion, my abuse DOESN'T.*

165.    Nguyen's statements that Emmerman is a rapist and abuser are false. *See* Points I-

III, *supra*. Angry that Emmerman had moved on from ***Nguyen's*** abuse and manipulation of him,

Nguyen knew that these statements were false when she published them.

166.    On or about August 26, 2022, Nguyen re-tweeted a post about disbelieving rape

victims, on which she wrote:

*This and the fact that the nypd would never not side with a rich, spoiled white kid like Vace/Stride…is exactly why I refuse to hold conversation with people who demand me go to the police about him, "or fake."*

167.    The above statement is similar to Nguyen's previous false account to Emmerman

that Massachusetts police had apprehended her rapist (a stranger) while he was sexually assaulting

---

[2] "LoL" refers to League of Legends.

Nguyen but that the rapist was released because the police were biased against her. *See* Paragraphs 51-56, *supra*.

168.    On the same day, Nguyen tweeted:

> *If you think pressing charges over six years of abuse, multiple cases of rape, sexual assault and manipulation are CHEAP and easy to prove then you need a fucking reality check.*

169.    In reality, Nguyen could not prove that Emmerman engaged in any of the acts described in the above tweet because they never happened. In addition, such conduct could not have occurred over a period of six years since Emmerman and Nguyen have had no physical contact since 2018.

170.    At the time that Nguyen published the above-described tweets she had a public Twitter account.

171.    On August 29, 2022, Emmerman's attorney sent Nguyen a cease-and-desist letter concerning the false and defamatory Twitter posts.

172.    Shortly thereafter, Nguyen made her Twitter account private.

173.    As of the date of this complaint, Nguyen's Twitter account remains private and Emmerman is unable to determine if Nguyen continues her false and defamatory smear campaign against him.

174.    At the time that Paino retweeted Nguyen's false and defamatory tweets, he also had a public account.

175.    Paino made his Twitter account private at around the same time that Nguyen did so. As of the date of this complaint, Paino's Twitter account remains private.

**B. Nguyen and Paino Report False Accusations To Emmerman's League Manager, Teammates and Employer**

176.    On August 23, 2022, Emmerman learned that Paino called a close of friend of Emmerman's girlfriend (whom Paino was also friends with from League of Legends), and told him that Emmerman raped Nguyen.

177.    On the same day, Paino published statements to the League of Legends platform about Emmerman, falsely stating that Emmerman raped Nguyen.

178.    On August 26, 2022, Emmerman communicated with the manager of the League of Legends team for which he played (the "Manager").

179.    Emmerman learned that Nguyen called the Manager and told him that Emmerman had raped her but that she did not plan to file charges against him.

180.    The Manager told Emmerman that he needed to take a break from gaming until things "cooled down."

181.    Within the days following his call with the Manager, Emmerman heard from several of his League of Legends teammates that Nguyen had called them and accused Emmerman of rape. The teammates subsequently distanced themselves from Emmerman.

182.    On August 30, 2022, Emmerman received a text message from an esports company located in Massachusetts which employed Emmerman as a coach for aspiring gamers and to assist other coaches with their curricula. According to the text, Nguyen had alerted the company to her rape accusations. As a result, Emmerman was placed on probation and has not worked with the company since.

183.    Emmerman resumed playing League of Legends, under a new gamer name, in mid-October 2022.

184.   In pursuit of his life-long goal of becoming a professional gamer, in December 2022, Emmerman ranked among the top 500-600 League of Legends players (0.02%) among the millions who play the game throughout all of North America.

185.   In mid-December 2022, a coach Emmerman knew invited him to join a League of Legends scrimmage server from which he could be promoted to professional status.

186.   Scrimmage servers are private sites on which various players can play in select groups of friends or players of similar ranks.

187.   The scrimmage server Emmerman was invited to join was an exclusive practice environment in which he could play with other highly ranked players who also hoped to play professionally.

188.   Through this server, Emmerman also had access to highly skilled coaches and the opportunity to compete in various tournaments which bring players to the attention of even more highly ranked teams and support systems with the goal of developing professional players.

189.   A few days after receiving the invite, the team coach informed Emmerman that he heard about Nguyen's allegations and that he was going to investigate what happened.

190.   One of the coach's main concerns was that Emmerman's presence on the team would "cause problems for the people around [him]." Even though the coach expressed "no reason to doubt" that Emmerman was a good person, he was worried that Emmerman had a tarnished reputation.

191.   The coach did not want his other players "who had nothing to do with this situation [to] have their names smeared because of association" with Emmerman. The coach warned Emmerman that, as a result of Nguyen's allegations, he could be removed from the League of Legends server, *i.e.*, banned from playing.

192.    Emmerman generally played well on the server throughout their many scrimmages and practice sessions.

193.    As a result, when another coach who was forming a team to participate in an upcoming tournament asked his then current coach about players for a particular position, Emmerman was recommended.

194.    The new team was invited to play in a tournament which would be watched by many other teams and coaches scouting for strong new talent. The coach sent out a rigorous practice schedule on January 17, 2023 in preparation for the start of the tournament on January 27.

195.    Prior to the start of the tournament, the coach sent out his roster of players with both their gamer names and their real names. This is a common practice.

196.    The day before the tournament was to begin, the coach was notified by some friends of Nguyen that if Emmerman was on the roster, the team would not be allowed to participate.

197.    Emmerman and the coach agreed that he would step down in the best interests of his teammates. A last-minute substitute was brought on to replace Emmerman. The entire team suffered greatly as a result and did not advance past the qualifying rounds of play.

198.    Emmerman is not currently playing on any server or team.

199.    Due to Nguyen's and Paino's campaign to destroy Emmerman's reputation, Nguyen's false and defamatory allegations have spread far and wide in the gaming community and beyond.

200.    Emmerman has lost out on several opportunities to advance his goal of becoming a professional gamer and his name has been so tarnished by Nguyen's false rape allegations that his fellow gamers do not want to associate with him.

201.   As a result of being publicly shamed and falsely vilified as a rapist, abuser, sociopath and psychopath, Emmerman has suffered severe emotional distress, such that he is unable to eat, sleep or concentrate throughout each day.

202.   Because Nguyen and Paino were unrelenting in their false and defamatory campaign to smear his good name, Emmerman lives in constant fear of what they will do next, particularly since certain of Nguyen's tweets discussed her beliefs as to Emmerman's future career plans and she relayed her false allegations to one of Emmerman's employers and his coaches at League of Legends.

### COUNT I
### Defamation
### (Against Nguyen and Paino)

203.   Plaintiff repeats and realleges each and every allegation set forth in Paragraphs 1-202, above as if fully set forth herein.

204.   As set forth at Paragraphs 127, 129, 131, 133, 135, 137, 139, 142, 144, 146, 149, 151, 156, 159, 161-162, 164, 166 and 168, Defendant Nguyen libeled Emmerman by knowingly and intentionally publishing false statements of and concerning Emmerman to her Twitter account which subjected Emmerman to scorn, hatred, ridicule, contempt and induced an evil opinion of Emmerman in the community.

205.   As set forth at Paragraphs 127, 131, 133, 135, 142, 146, 149, 151, 156, 159, 162, 164, and 168, several of Nguyen's Twitter posts were libelous *per se* because they falsely imputed the crimes of assault, sexual assault and rape to Emmerman.

206.   Paino libeled Emmerman by posting Nguyen's libelous tweets on his public Twitter account and making false statements that Emmerman raped Nguyen on the League of Legends

platform. At the time Paino posted the libelous statements, he knew that they were false, or, at the very least, acted in reckless disregard of the falsity of the statements.

207.     As set forth in Paragraphs 178-182, Nguyen also slandered Emmerman by reporting false rape accusations against Emmerman to his League manager, coach, friends, employer and teammates. These statements constituted slander *per se* because they falsely imputed a serious crime to Emmerman. At the time she made the statements, Nguyen knew that they were false.

208.     As stated in Paragraph 176, Paino slandered Emmerman by telling a close friend of Emmerman's significant other that Emmerman raped Nguyen. This statement constituted slander *per se* because it falsely imputed a serious crime to Emmerman. At the time Paino made the slanderous statement, he knew that it was false, or, at the very least, acted in reckless disregard of the statement's falsity.

209.     As a result of Defendants' libel and slander, Emmerman has suffered actual damages in an amount to be determined at trial, but not less than $75,000, including economic losses, lost career opportunities, reputational harm and severe emotional distress.

210.     These damages were proximately caused by Defendants' conduct.

211.     Because the harm resulting from Defendants' conduct is continuing in nature, the damages sought herein will not provide Emmerman with a complete remedy. For this reason, Emmerman also requests an injunction which: i) directs Nguyen and Paino to remove the false and defamatory posts described in Paragraphs 127, 129, 131, 133, 135, 137, 139, 142, 144, 146, 149, 151, 156, 159, 161-162, 164, 166, and 168 from their Twitter accounts; ii) directs Nguyen and Paino to remove any additional statements about Emmerman from their social media accounts, the League of Legends platform or any other online forums; iii) prohibits Nguyen and Paino from publishing any future statements about Emmerman (whether online or verbally) which accuse

Emmerman of abuse, rape, assault or sexual assault; iv) directs Nguyen and Paino to post a public apology to Emmerman on their social media accounts; and v) directs Nguyen and Paino to provide Emmerman with written admissions that they falsely accused him of abuse, rape, sexual assault and assault.

212.     Emmerman is also entitled to punitive damages because Defendants knowingly and maliciously published false and defamatory statements about Emmerman.

### COUNT II
### Conspiracy to Defame
### (Against Paino and Nguyen)

213.     Plaintiff repeats and realleges each and every allegation set forth in Paragraphs 1-202, above as if fully set forth herein.

214.     Defendants agreed and maliciously conspired together to publish false and defamatory statements about Emmerman on Twitter which portray him as a mentally unwell, uncaring, abusive individual who perpetrated serious crimes against Nguyen.

215.     Defendants further agreed and maliciously conspired to make false and defamatory statements to Emmerman's colleagues in the gaming community in order to tarnish his reputation and effectively banish him from the community so he would not succeed at professional gaming.

216.     Paino knew that Nguyen libeled Emmerman on Twitter and substantially assisted Nguyen with her libelous conduct by posting Nguyen's tweets on his Twitter account.

217.     Paino also substantially assisted Nguyen in slandering Emmerman by telling a close friend of Emmerman's significant other that Emmerman raped Nguyen.

218.     As a result of Defendants' conspiracy to defame Emmerman, has suffered actual damages in an amount to be determined at trial, but not less than $75,000, including economic losses, lost career opportunities, reputational harm and severe emotional distress.

219.     These damages were proximately caused by Defendants' conduct.

220.     Because the harm resulting from Defendants' conduct is continuing in nature, the damages sought herein will not provide Emmerman with a complete remedy. For this reason, Emmerman also requests an injunction which: i) directs Nguyen and Paino to remove the false and defamatory posts described in Paragraphs 127, 129, 131, 133, 135, 137, 139, 142, 144, 146, 149, 151, 156, 159, 161-162, 164, 166 and 168 from their Twitter accounts; ii) directs Nguyen and Paino to remove any additional statements about Emmerman from their social media accounts, the League of Legends platform or any other online forums; iii) prohibits Nguyen and Paino from publishing any future statements about Emmerman (whether online or verbally) which accuse Emmerman of abuse, rape, assault or sexual assault; iv) directs Nguyen and Paino to post a public apology to Emmerman on their social media accounts; and v) directs Nguyen and Paino to provide Emmerman with written admissions that they falsely accused him of abuse, rape, sexual assault and assault.

221.     Emmerman is also entitled to punitive damages because Defendants knowingly and maliciously published false and defamatory statements about Emmerman.

### COUNT III
### Tortious Interference With Business Relations
### (Against Nguyen)

222.     Plaintiff repeats and realleges each and every allegation set forth in Paragraphs 1-202, above as if fully set forth herein.

223.     Emmerman had an employment relationship with an esports company located in Massachusetts pursuant to which he acted as a coach for aspiring gamers and assisted other coaches with their curricula.

224.     Prior to August 2022, Emmerman had worked for the company for two years.

225.    Intending that Emmerman would lose his job with the company, Nguyen contacted the company and reported her false rape allegations against Emmerman.

226.    On August 30, 2022, Emmerman received a text message from the esports company, placing him on probation due to the false rape allegations.

227.    Emmerman has not worked for the company since.

228.    As a result of Nguyen's interference with Emmerman's employment relationship with the company he suffered economic damages in an amount to be determined at trial.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

(i)    On the first count, for defamation, against Defendants Nguyen and Paino, damages in an amount to be determined at trial including economic losses, lost career opportunities, reputational harm and emotional distress and punitive damages. Plaintiff also requests an injunction which: i) directs Nguyen and Paino to remove the false and defamatory posts described in Paragraphs 127, 129, 131, 133, 135, 137, 139, 142, 144, 146, 149, 151, 156, 159, 161-162, 164, 166 and 168 from their Twitter accounts; ii) directs Nguyen and Paino to remove any additional statements about Emmerman  from their social media accounts, the League of Legends platform or any other online forums; iii) prohibits Nguyen and Paino from publishing any future statements about Emmerman (whether online or verbally) which accuse Emmerman of abuse, rape, assault or sexual assault; iv) directs Nguyen and Paino to post a public apology to Emmerman on their social media accounts; and v) directs Nguyen and Paino to provide Emmerman with written admissions that they falsely accused him of abuse, rape, sexual assault and assault.

(ii)     On the second count, for conspiracy to defame Emmerman, against Defendants Nguyen and Paino, damages in an amount to be determined at trial including economic losses, lost career opportunities, reputational harm and emotional distress and punitive damages. Plaintiff also requests an injunction which: i) directs Nguyen and Paino to remove the false and defamatory posts described in Paragraphs 127, 129, 131, 133, 135, 137, 139, 142, 144, 146, 149, 151, 156, 159, 161-162, 164, 166 and 168 from their Twitter accounts; ii) directs Nguyen and Paino to remove any additional statements about Emmerman from their social media accounts, the League of Legends platform or any other online forums; iii) prohibits Nguyen and Paino from publishing any future statements about Emmerman (whether online or verbally) which accuse Emmerman of abuse, rape, assault or sexual assault; iv) directs Nguyen and Paino to post a public apology to Emmerman on their social media accounts; and v) directs Nguyen and Paino to provide Emmerman with written admissions that they falsely accused him of abuse, rape, sexual assault and assault.

(iii)    On the third count, against Defendant Nguyen, for tortious interference with business relations, damages in an amount to be determined at trial.

(iv)    For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues so triable.

Dated: May 8, 2023

By: /s/ *Tara J. Davis*
Tara J. Davis (BBO # 675346)
NESENOFF & MILTENBERG, LLP
101 Federal Street, Nineteenth Floor
Boston, Massachusetts 02110
(617) 209-2188
tdavis@nmllplaw.com

-and-

Andrew T. Miltenberg (*pro hac vice* admission pending)
Kara L. Gorycki (*pro hac vice* admission pending
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, 5th Floor
New York, New York 10001
Phone: (212) 736-4500
amiltenberg@nmllplaw.com
kgorycki@nmllplaw.com

*Attorneys for Plaintiff*