UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS EMMERMAN,                )<br>                                                        )<br>        Plaintiff,                              )<br>                                                        )<br> v.                                                  )         C.A. No. 1:23-cv-11027-MJJ<br>                                                        )<br> VICTORIA NGUYEN and     )<br> ANTHONY PAINO,                   )<br>                                                        )<br>        Defendants.                      )<br>                                                        ) | |

ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Defendants Victoria Nguyen and Anthony Paino, with the assent of plaintiff Thomas Emmerman, hereby move to extend their time to answer or otherwise plead in response to the plaintiff's Complaint to October 16, 2023. In support of this motion, defendants state that the parties have engaged in fruitful settlement discussions and believe the extension will facilitate the resolution of this matter.

Respectfully Submitted,

VICTORIA NGUYEN and
ANTHONY PAINO

By their attorney,

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle (BBO #647438)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel. (617) 456-8000
Fax. (617) 456-8100
jpyle@princelobel.com

4605199

## **CERTIFICATE OF SERVICE**

I, Jeffrey J. Pyle, hereby certify that, on September 26, 2023, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Jeffrey J. Pyle*
Jeffrey J. Pyle

4605199