IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------------X
:
**THOMAS EMMERMAN,** :
: Case No. 23-cv-11027-MJJ
**Plaintiff,** :
:
v. :
: NOTICE OF VOLUNTARY
**VICTORIA NGUYEN and** : DISMISSAL PURSUANT TO
**ANTHONY PAINO,** : F.R.C.P. 41(a)(1)(A)(i)
:
**Defendants.** :
:
-------------------------------------------------------------------X

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff in this action, Thomas Emmerman, by and through his attorneys, Nesenoff & Miltenberg, LLP, voluntarily dismisses this action, with prejudice, against Defendants Victoria Nguyen and Anthony Paino, without attorneys' fees, costs or disbursements to any party against the other.

Dated: Boston, Massachusetts
September 29, 2023

By: /s/ *Tara J. Davis*
Tara J. Davis (BBO # 675346)
NESENOFF & MILTENBERG, LLP
101 Federal Street, Nineteenth Floor
Boston, Massachusetts 02110
(617) 209-2188
tdavis@nmllplaw.com